IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| THEODORE KHNANISHO, | § § | |
| Plaintiff, | § § | |
| v. | § § | 1:22-CV-01230-DII |
| TEXAS COMMISSION ON LAW ENFORCEMENT, KIM VICKERS, T.J. VINEYARD, and MARINA PETKOVSEK, | § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is the report and recommendation of United States Magistrate Judge Susan Hightower concerning Defendants the Texas Commission on Law Enforcement ("TCOLE"), Kim Vickers, T.J. Vineyard, and Marina Petkovsek's (collectively, "Defendants") Motions to Dismiss, (Dkt. 12). (R. & R., Dkt. 17). Plaintiff Theodore Khnanisho ("Khnanisho") filed objections to the report and recommendation. (Objs., Dkt. 21).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Khnanisho objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules Khnanisho's objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Susan Hightower, (Dkt. 17), is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendants' Motions to Dismiss, (Dkt. 12), is **GRANTED**.

**IT IS FINALLY ORDERED** that Khnanisho's claims are **DISMISSED WITHOUT PREJUDICE**.

The Court will enter final judgment by separate order.

**SIGNED** on June 20, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE